# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 1, 2022

**To:** Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

>  Appellate Case No: 22-1966
> 
> Caption:
> MELISSA MYERS,
>     Plaintiff - Appellant
> 
> v.
> 
> SUNMAN-DEARBORN COMMUNITY SCHOOLS and KELLY ROTH,
>     Defendants - Appellees
>
> District Court No: 4:20-cv-00049-SEB-DML
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Sarah Evans Barker
>
> Date NOA filed in District Court: 05/31/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)